# RICHARD COURT INFO

## To Whom it May concern at the Third court of appeals:

I _Richard Gonzales_ am corently housed at the _Alfred D Hughs Unit_ in

Gatesville TX. I am asking for an extintion for me to file my PDR, because I didnt

recieve it from my Lawyer untill it was past the deadline to file. There are two cases,

No. 03-13-00333-CR and No. 03-13-00334 CR.


Thank you,

Richard Gonzales Sr.    7-23-15

Richard Gonzales Sr.#1857179


Alfred Hughs Unit

Rt 2 Box 4400

Gatesville Tx, 76597

RECEIVED
JUL 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Page 1

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk